**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 6 EAL 2015
                                            :
                 Respondent       :
                                            : Petition for Allowance of Appeal from the
                                            : Order of the Superior Court
           v.                               :
                                            :
                                            :
JAMES BACON,                             :
                                            :
                Petitioner          :

## <u>ORDER</u>

**PER CURIAM**

       **AND NOW**, this 29th day of June, 2015, the Petition for Allowance of Appeal is

**DENIED**.